JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor, by and through her Guardian Ad Litem, Danielle Howard Martinez, and LASHONDA HUBBARD,<br><br>Plaintiffs,<br><br>v.<br><br>ETIWANDA SCHOOL DISTRICT; and CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT,<br><br>Defendants. | Case No. 5:21-cv-01175-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 29]" filed substantially contemporaneously herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court lacks subject matter jurisdiction over the above-captioned action.

2. Accordingly, this case is **DISMISSED** for lack of jurisdiction.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 15, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE